UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ, | No. 2:21-cv-0480 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE #1, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his Eighth Amendment rights. Presently before the court is plaintiff's request for an extension of time to file an amended complaint. (ECF No. 12.) Plaintiff has also requested that the court provide him with a new civil rights complaint form. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No 12) is granted;

2. Plaintiff shall file an amended complaint on or before October 19, 2021; and

3. The Clerk of the Court is directed to send plaintiff a copy of the civil rights complaint form along with this order.

Dated: September 23, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hern0480.36amc