UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, #1, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-00480-TLN-DB<br><br><br>**ORDER** |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 20, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 34.)  Neither party has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 20, 2022, are ADOPTED IN FULL; and

2. Plaintiff's motion for reconsideration (ECF No. 30) is DENIED.

**DATED: January 2, 2023**

_____
Troy L. Nunley
United States District Judge