UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ, | No. 2:21-cv-0480 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE, #1, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested an extension of time to file objections the undersigned's July 16, 2023, findings and recommendations. Good cause appearing, the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 52) is granted; and

2. Plaintiff shall file objections within thirty days of the date of service of this order.

Dated: August 23, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hern0480.36obj