UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>JOHN DOE, #1, et al.,<br><br>           Defendants. | No.  2:21-cv-0480-TLN-DB<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 51.)  Plaintiff untimely filed objections to the findings and recommendations.  (ECF No. 58.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 16, 2023 (ECF No. 51) are ADOPTED IN FULL;
2. The Court GRANTS Defendants' Motion to Dismiss and Motion for Partial Summary Judgment (ECF No. 39); and
3. This action shall proceed solely on Plaintiff's excessive force claim against Defendant Barajas in his individual capacity.

Date:  December 20, 2023

Troy L. Nunley
United States District Judge